| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| 69.253.70.10 | 912C4BAEC89411BF65A968562AC8B7E7B3F1E9CB | Anneli Leila Menage A Trois | 04/03/2012 10:13:11 |
| 69.253.70.10 | 4396E726A725452089C27D5DEC36CFD7C8D31B29 | California Dreams | 04/03/2012 10:13:34 |
| 69.253.70.10 | 4396E726A725452089C27D5DEC36CFD7C8D31B29 | California Dreams | 04/03/2012 10:13:47 |
| 69.253.70.10 | 4396E726A725452089C27D5DEC36CFD7C8D31B29 | California Dreams | 04/03/2012 10:14:15 |
| 69.253.70.10 | 912C4BAEC89411BF65A968562AC8B7E7B3F1E9CB | Anneli Leila Menage A Trois | 04/03/2012 10:17:04 |
| 69.253.70.10 | 4396E726A725452089C27D5DEC36CFD7C8D31B29 | California Dreams | 04/03/2012 16:22:16 |
| 69.253.70.10 | 912C4BAEC89411BF65A968562AC8B7E7B3F1E9CB | Anneli Leila Menage A Trois | 04/03/2012 16:23:09 |
| 69.253.70.10 | 912C4BAEC89411BF65A968562AC8B7E7B3F1E9CB | Anneli Leila Menage A Trois | 04/03/2012 16:25:12 |
| 69.253.70.10 | 4396E726A725452089C27D5DEC36CFD7C8D31B29 | California Dreams | 04/03/2012 16:26:05 |
| 69.253.70.10 | 4396E726A725452089C27D5DEC36CFD7C8D31B29 | California Dreams | 04/03/2012 16:28:53 |
| 69.253.70.10 | 4396E726A725452089C27D5DEC36CFD7C8D31B29 | California Dreams | 04/03/2012 16:29:02 |
| 69.253.70.10 | 912C4BAEC89411BF65A968562AC8B7E7B3F1E9CB | Anneli Leila Menage A Trois | 04/03/2012 19:22:03 |
| 69.253.70.10 | 912C4BAEC89411BF65A968562AC8B7E7B3F1E9CB | Anneli Leila Menage A Trois | 04/03/2012 19:22:15 |
| 69.253.70.10 | 143CBD213A5B550F233A7DEFD554414D71BCB76C | Wild at Heart | 04/10/2012 16:46:13 |
| 69.253.70.10 | 143CBD213A5B550F233A7DEFD554414D71BCB76C | Wild at Heart | 04/10/2012 16:58:06 |
| 69.253.70.10 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates | 04/18/2012 02:12:50 |

EXHIBIT B

EPA108

| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| 69.253.70.10 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates | 04/18/2012 02:35:41 |
| 69.253.70.10 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates | 04/18/2012 03:20:22 |
| 69.253.70.10 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates | 04/18/2012 03:22:37 |
| 69.253.70.10 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker | 04/21/2012 21:30:25 |
| 69.253.70.10 | 8BDFAA0D46EC45D954B8FCEFA0062A7790C2C07B | Show You My Love | 04/27/2012 02:19:41 |
| 69.253.70.10 | 615B6AE65A09581A27F5DFDA175455AE0373E7DF | Perfect Lovers | 04/27/2012 02:54:24 |
| 69.253.70.10 | CC6A25F7CF8F5A8255E170A173031322DFA3144B | Leila Last Night | 04/30/2012 23:37:45 |
| 69.253.70.10 | 876A6002846905E3039389E86AD0EC0F287E05BE | Tiffany Sex with a Supermodel | 05/09/2012 23:07:48 |
| 69.253.70.10 | C028D82F55D32FB9C84D6FAAC1F6204E88996D2E | Pretty Back Door Baby | 05/10/2012 01:30:57 |
| 69.253.70.10 | 1C9EF8F520829037C3AFB94DE61A75D1BEFECDB9 | Silver Bullets | 05/15/2012 02:12:36 |
| 69.253.70.10 | 1C9EF8F520829037C3AFB94DE61A75D1BEFECDB9 | Silver Bullets | 05/15/2012 04:25:27 |
| 69.253.70.10 | 1C9EF8F520829037C3AFB94DE61A75D1BEFECDB9 | Silver Bullets | 05/15/2012 10:57:10 |
| 69.253.70.10 | 1C9EF8F520829037C3AFB94DE61A75D1BEFECDB9 | Silver Bullets | 05/15/2012 11:23:10 |
| 69.253.70.10 | C4E9E0DC380329E8DF1626F3F16F12C5096039EA | Romantic Memories | 05/17/2012 11:48:46 |
| 69.253.70.10 | 371D446F20A52E3E80699EDC096DD57ABFE84BAC | Romantic Memories | 05/17/2012 12:13:17 |
| 69.253.70.10 | 371D446F20A52E3E80699EDC096DD57ABFE84BAC | Romantic Memories | 05/17/2012 12:16:14 |

| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| 69.253.70.10 | 371D446F20A52E3E80699EDC096DD57ABFE84BAC | Romantic Memories | 05/17/2012 12:33:16 |
| 69.253.70.10 | C4E9E0DC380329E8DF1626F3F16F12C5096039EA | Romantic Memories | 05/17/2012 12:42:53 |
| 69.253.70.10 | FBA558C01C14F8AC518A0AB477005A4D7E683EF0 | LA Love | 05/23/2012 01:05:06 |
| 69.253.70.10 | FBA558C01C14F8AC518A0AB477005A4D7E683EF0 | LA Love | 05/23/2012 03:47:22 |
| 69.253.70.10 | FBA558C01C14F8AC518A0AB477005A4D7E683EF0 | LA Love | 05/23/2012 03:51:02 |
| 69.253.70.10 | FBA558C01C14F8AC518A0AB477005A4D7E683EF0 | LA Love | 05/23/2012 04:08:45 |
| 69.253.70.10 | FBA558C01C14F8AC518A0AB477005A4D7E683EF0 | LA Love | 05/23/2012 04:08:55 |
| 69.253.70.10 | FBA558C01C14F8AC518A0AB477005A4D7E683EF0 | LA Love | 05/23/2012 04:38:32 |
| 69.253.70.10 | 71F0420ADF95398FF1A251ADDB84A6428FCE50B7 | Like a Dove | 05/24/2012 00:55:03 |
| 69.253.70.10 | 9F82F4FC8A7ED2D93D4018E6CE9BEC78DDE51E6A | Young and Hot | 06/07/2012 13:43:56 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/07/2012 14:02:21 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/07/2012 14:58:37 |
| 69.253.70.10 | 1C6D60373BE584CE01DA9CAB1B188799C21AB8C1 | Like The First Time | 06/07/2012 15:32:05 |
| 69.253.70.10 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out | 06/07/2012 16:15:54 |
| 69.253.70.10 | 1C6D60373BE584CE01DA9CAB1B188799C21AB8C1 | Like The First Time | 06/07/2012 19:13:01 |
| 69.253.70.10 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out | 06/07/2012 19:46:33 |

EXHIBIT B

| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| 69.253.70.10 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out | 06/07/2012 20:03:12 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/07/2012 20:16:52 |
| 69.253.70.10 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out | 06/07/2012 22:53:32 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/07/2012 23:03:57 |
| 69.253.70.10 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out | 06/07/2012 23:05:18 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/08/2012 05:47:02 |
| 69.253.70.10 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out | 06/08/2012 07:20:07 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/08/2012 07:37:18 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/08/2012 08:09:09 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/08/2012 08:40:21 |
| 69.253.70.10 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek | 06/08/2012 08:55:08 |
| 69.253.70.10 | FDF3E5D80E94C84BEEFBA78F113BE4A20AD7744B | X-Art Siterip #58 | 06/20/2012 01:24:37 |
| 69.253.70.10 | FDF3E5D80E94C84BEEFBA78F113BE4A20AD7744B | X-Art Siterip #58 | 06/20/2012 01:49:36 |
| 69.253.70.10 | FDF3E5D80E94C84BEEFBA78F113BE4A20AD7744B | X-Art Siterip #58 | 06/20/2012 01:51:13 |
| 69.253.70.10 | FDF3E5D80E94C84BEEFBA78F113BE4A20AD7744B | X-Art Siterip #58 | 06/20/2012 13:42:34 |
| 69.253.70.10 | FDF3E5D80E94C84BEEFBA78F113BE4A20AD7744B | X-Art Siterip #58 | 06/20/2012 14:04:46 |

| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| 69.253.70.10 | FDF3E5D80E94C84BEEFBA78F113BE4A20AD7744B | X-Art Siterip #58 | 06/20/2012 15:04:35 |
| 69.253.70.10 | A9AF4076474323A9C1C7BD5137F39BCF5D44C7EF | Foot Fetish | 06/21/2012 16:00:45 |
| 69.253.70.10 | FDF3E5D80E94C84BEEFBA78F113BE4A20AD7744B | X-Art Siterip #58 | 06/26/2012 03:01:41 |
| 69.253.70.10 | FDF3E5D80E94C84BEEFBA78F113BE4A20AD7744B | X-Art Siterip #58 | 06/26/2012 09:35:32 |
| 69.253.70.10 | E22C4DAD475AEA109DFD427BE62F982732847DEC | X-Art Siterip #60 | 06/27/2012 17:32:39 |
| 69.253.70.10 | ABB4D875A7302BB7E9F1FE3F73070F86C1F970AA | Strawberry Blonde | 06/28/2012 17:34:39 |
| 69.253.70.10 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 06/28/2012 17:43:52 |
| 69.253.70.10 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 06/28/2012 17:47:43 |
| 69.253.70.10 | ABB4D875A7302BB7E9F1FE3F73070F86C1F970AA | Strawberry Blonde | 06/28/2012 18:04:06 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X

MALIBU MEDIA, LLC,

                Plaintiff,

vs.

SHARON DETWEILER,

                Defendant.

---------------------------------------------------------------X

Civil Action No. _____

## DECLARATION OF TOBIAS FIESER

**I, TOBIAS FIESER, HEREBY DECLARE:**

1. My name is Tobias Fieser.

2. I am over the age of 18 and am otherwise competent to make this declaration.

3. This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

4. I am employed by IPP, Limited ("IPP"), a company organized and existing under the laws of Germany, in its litigation support department.

5. Among other things, IPP is in the business of providing forensic investigation services to copyright owners.

6. As part of my duties for IPP, I routinely identify the Internet Protocol ("IP") addresses that are being used by those people that are using the BitTorrent protocol to reproduce, distribute, display or perform copyrighted Works.

7. An IP address is a unique numerical identifier that is automatically assigned to an internet user by the user's Internet Service Provider ("ISP").

1

EXHIBIT C

8. ISPs keep track of the IP addresses assigned to their subscribers.

9. Only the ISP to whom a particular IP address has been assigned for use by its subscriber can correlate the IP address to a real person, the subscriber of the internet service.

10. From time to time, a subscriber of internet services may be assigned different IP addresses from their ISP. Accordingly, to correlate a person with an IP address the ISP also needs to know when the IP address was being used.

11. Many ISPs only retain the information sufficient to correlate an IP address to a person at a given time for a very limited amount of time.

12. Plaintiff retained IPP to identify the IP addresses that are being used by those people that are using the BitTorrent protocol and the internet to reproduce, distribute, display or perform Plaintiffs' copyrighted works.

13. IPP tasked me with implementing, monitoring, analyzing, reviewing and attesting to the results of the investigation.

14. During the performance of my duties, I used forensic software named INTERNATIONAL IPTRACKER v1.2.1 and related technology enabling the scanning of peer-to-peer networks for the presence of infringing transactions.

15. INTERNATIONAL IPTRACKER v1.2.1 was correctly installed and initiated on a computer server.

16. I personally extracted the resulting data emanating from the investigation.

17. After reviewing the evidence logs, I isolated the transactions and the IP addresses being used on the BitTorrent peer-to-peer network to reproduce, distribute, display or perform Plaintiff's copyrighted works associated with the Unique Hash number.

18. The information set forth on Exhibits A and B to the Complaint accurately states

the results of IPP's investigation of the infringement committed by the Defendant in this case.

19. On each "hit date" listed on Exhibits A and B a computer using the IP address assigned to Defendant connected to IPP's investigative server and transmitted a full copy, or portion thereof, of a digital media mile identified by the Unique Hash Numbers that correlate to the Works covered by the Copyrights-In-Suit which are set forth on Exhibit C to the Complaint.

20. IPP's software analyzed each BitTorrent "piece" distributed by Defendant's IP address and verified that reassembling the piece(s) using a specialized BitTorrent Client results in fully playable digital motion pictures.

21. I was provided with control copies of the Works covered by the Copyrights-In-Suit. I viewed the Works side-by-side with the digital media files identified by those Unique Hash Numbers which correlate to the copies of the works covered by the Copyrights-In-Suit and determined that each of the digital media files contained a movie that is identical, striking similar or substantially similar to the Works covered by the Copyrights-In-Suit..

22. Once provided with Defendant's IP address, plus the date and time of the detected and documented infringing activity, Defendant's ISP can use its subscriber log to identify the name, address, billing address, email address and phone number of the Defendant.

**FURTHER DECLARANT SAYETH NAUGHT.**

**DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746,** I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of July, 2012.

**TOBIAS FIESER**

By: Fie

3

EXHIBIT C